# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ZANIR MANUEL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | NO.: 1:25-CV-2469-SEG-AWH |
| v. | : | |
| | : | |
| GEORGIA STATE UNIVERSITY, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER OF RECUSAL/REASSIGNMENT OF CASE

The undersigned magistrate judge finds it necessary to recuse herself from the above-captioned case. Therefore, the Clerk of this Court is hereby **DIRECTED** to assign this case to another magistrate judge.

The Clerk is **DIRECTED** to assign the next case on the rotation list to the undersigned.

**IT IS SO ORDERED** this <u>6th</u> day of <u>May</u>, 2025.

_____
Anna W. Howard
United States Magistrate Judge