IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ZAHIR MANUEL,
Plaintiff,

v.

GEORGIA STATE UNIVERSITY; and THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,
Defendants.

Case No.: 1:25 -cv-02469-SEG
JUDGE:
HONORABLE JUDGE SARAH GERAGHTY

PLAINTIFF'S EMERGENCY MOTION TO COMPEL CLERK TO ISSUE SUMMONS AND FOR ORDER DIRECTING SERVICE;PLAINTIFF'S CONSOLIDATED MOTION TO EXPEDITE AND FOR AN EXPEDITED SCHEDULING ORDER

I. STATEMENT and RELATIVE FACTS

Plaintiff, ZAHIR MANUEL, pro se and proceeding in forma pauperis, respectfully requests this Court to issue an Order directing the Clerk of Court to issue the summons for the Defendants and to re-direct the U.S. Marshals Service to effectuate service.

In support of this Motion, Plaintiff states:

1. On or approximately May 5,2025 Plaintiff Submitted Claim to this Court; On or Approximately May 27,2025 this Court granted Plaintiff's Motion to Proceed In Forma Pauperis (IFP) Docket Number 1:25 cv 02469 SEG and Complaint Accepted by Order of this Court May 27,2025
2. Jury Instructions were issued
3. However, upon review of the court docket, the Summons has not been issued by the Clerk of Court. Therefore, the U.S. Marshals have no summons to serve, and the Defendants have not been served.
4. Without the summons being issued, this case cannot proceed, and Plaintiff's claims cannot be heard. This is causing ongoing prejudice to Plaintiff, who is suffering continued financial and academic harm due to the Defendants' actions.
5.The core constitutional claims in this action were first presented to this Court on May 5,2025.
6. Critically, in this action, the Defendant never filed an Answer or any responsive pleading addressing the merits of Plaintiff's claims.
Plaintiff has already duly requested a trial by jury.

II. ARGUMENT FOR EXPEDITION AND SCHEDULING

A. The Extensive History of Delay and Procedural Error Compels Expedition

7. Plaintiff has been seeking a resolution on the merits of these claims for 150 days/5 months.
8. This case involves significant constitutional claims against state actors. The public interest in the prompt resolution of such matters is high, and further delay undermines both the integrity of the judicial process and the value of any potential relief.

B. A Scheduling Order is Necessary to Prevent Further Prejudice

8. The lack of a case management plan creates uncertainty and prevents Plaintiff from conducting discovery, filing motions, and moving this case toward the requested jury trial.
9. The Court has both the inherent authority and a duty under FRCP 1 and FRCP 16 to "secure the just, speedy, and inexpensive determination of every action." Issuing a scheduling order is the standard mechanism to fulfill this duty and break the current procedural impasse.
10. An expedited schedule is justified given the age of the underlying dispute and the time already lost to procedural circumstances beyond Plaintiff's control.

RELIEF
Plaintiff ZAHIR MANUEL respectfully ask that this Honorable Court:

a. GRANT expedited consideration of this matter;
ORDER the Clerk of Court to immediately issue the summons for Defendants Georgia State University and The Board of Regents of the University System of Georgia.

b. RE-DIRECT the U.S. Marshals Service to serve the Summons and Complaint upon the Defendants pursuant to the Court's previous IFP order.

c. ISSUE an Expedited Scheduling Order pursuant to FRCP 16(b) that sets the following deadlines:
i. Defendant's Response to A Complaint: 14 days from the date of this Order.
ii. FRCP 26(f) Planning Meeting: 21 days from the date of this Order.
iii. Completion of Fact Discovery: 90 days from the date of this Order.
iv. Dispositive Motions Deadline: 120 days from the date of this Order.

d. SET a Firm Trial Date; and

e. GRANT such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this TUESDAY day of OCTOBER 21, 2025.

ZAHIR MANUEL, Plaintiff, pro se
470-886-2677,zhrmanuel@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 21,2025, I served a true and correct copy of this motion upon the Clerk of Court for filing.

_Zehir Manuel_            Oct 21, 2025